Leora D. Freedman (SBN 132896)
Patrick Dunlevy (SBN 162722)
Gregory H. Smith (SBN243385)
Banafsheh Amirzadeh (SBN 257551)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

Tamar Kouyoumjian (SBN 254148)
SULMEYERKUPETZ, PC
333 South Hope Street, 35th Floor
Los Angeles, CA 90071-1406
Telephone: (213) 626-2311
Facsimile: (213) 629-4520

Attorneys for Claimant
BILLIE MARIE IVERSON

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

In Re:

ROBBIE S. ODOM,

Debtor.

Case No. 2:09-BK-46750-ER

Chapter Number: 7

STIPULATION EXTENDING TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF CLAIM BY BILLIE MARIE IVERSON

(No Hearing Date)

IT IS HEREBY STIPULATED, BY AND BETWEEN THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, AS FOLLOWS:

A. The Chapter 7 Petition of the Debtor herein was filed on December 29, 2009. The date first set for the Meeting of Creditors under §341(a) of the Bankruptcy Code was February 8, 2010. The Meeting of Creditors was continued to February 26, 2010 and continued a

second time to March 29, 2010. The deadline to file a complaint seeking to determine the dischargeability of a claim pursuant to Federal Rule of Bankruptcy Procedure 4007 ("Deadline") is April 9, 2010.

B. Claimant, BILLIE MARIE IVERSON ("Iverson"), asserts a claim against the Debtor that Iverson contends is non-dischargeable. Iverson filed a suit (Case No. BC412377) against the Debtor in the Los Angeles County Superior Court on April 23, 2009.

C. Debtor and Iverson, through their counsel, are presently negotiating a settlement of Iverson's claims. In order to assist with the negotiation and settlement process, the parties agree to extend the Deadline to June 9, 2010.

WHEREFORE, the parties stipulate and agree as follows:

1. The time in which Claimant, Billie Marie Iverson, may file a complaint to determine the dischargeability of her claim against Debtor Robbie S. Odom shall be extended to June 9, 2010. The Court may enter an order in the form attached hereto as Exhibit A.

2. This stipulation and any order hereon shall be without prejudice to the right of Iverson to seek any further extension should the circumstances so warrant, or the right of the

///

Debtor to oppose any such further extension.

IN WITNESS WHEREOF, the Parties agree to this Agreement, as evidenced by their respective authorized signatures below.

**Billie Marie Iverson**

By: ______________________ Date: 4-6-2010
Billie Marie Iverson

**Robbie S. Odom**

By: ______________________ Date: __________
Robbie S. Odom

---

**Approved as to Form:**

**Public Counsel**

By: ______________________ Date: 4/6/10
Patrick Dunlevy
Attorneys for Billie Marie Iverson

**Landau & Landau**

By: ______________________ Date: __________
Bruce Landau
Attorneys for Robbie S. Odom

Debtor to oppose any such further extension.

IN WITNESS WHEREOF, the Parties agree to this Agreement, as evidenced by their respective authorized signatures below.

**Billie Marie Iverson**

By: ______________________ Date: ____________
Billie Marie Iverson

**Robbie S. Odom**

By: ______________________ Date: 4/3/10
Robbie S. Odom

---

**Approved as to Form:**

**Public Counsel**

By: ______________________ Date: ____________
Patrick Dunlevy
Attorneys for Billie Marie Iverson

**Landau & Landau**

By: ______________________ Date: 4/5/10
Bruce Landau
Attorneys for Robbie S. Odom

| In re: ROBBIE S. ODOM, Debtor. | CHAPTER 11 CASE NUMBER: 2:09-bk-46750 ER |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

A true and correct copy of the foregoing document described as **"STIPULATION EXTENDING TIME TO FILE COMPLAINT TO DETERMINE DISCHARGEABILITY OF CLIAM BY BILLIE MARIE IVERSON"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 6, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- David A. Gill, Esq. — Chapter 7 Trustee — mlr@dgdk.com
- Tamar Kouyoumjian, Esq. — Courtesy NEF — tkouyoumjian@sulmeyerlaw.com
- Bruce G. Landau, Esq. — Debtor — bgl26@aol.com
- Christopher M. McDermott , Esq. — Courtesy NEF — ecfcacb@piteduncan.com
- Gregory H. Smith, Esq. — Billie Marie Iverson — gsmith@publiccounsel.org

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On April 6, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**The Honorable Erithe A. Smith, U.S. Bankruptcy Court**
**411 W. Fourth St., Suite 5041, Santa Ana, CA 92701**

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on April 6, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 6, 2010 | Kathleen Fox | [signature] |
|---|---|---|
| *Date* | *Type Name* | *Signature* |